UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY MAURER

    v.                                            Civil No.  3:00 cv 1761 (PCD)

TRANS WORLD AIRLINES, INC., THE
INTERNATIONAL ASSOCIATION OF
MACHINISTS AND SHERRY COOPER, IN HER
OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY

## JUDGMENT

This action came on for consideration before the Honorable Peter C. Dorsey, Senior United States District Judge, on plaintiff's motion for default judgment against defendant, Trans World Airlines, Inc.  On May 22, 2003, a ruling entered granting defendants International Association of Machinists and Sherry Cooper's motion for summary judgment and granting plaintiff's motion for entry of default as to defendant Trans World Airlines, Inc. On November 20, 2003, a ruling entered granting plaintiff's motion for default judgment against defendant, Trans World Airlines, Inc., and awarding monetary damages in the amount of $28,573.96 plus $3,365.18, for a total of $31,939.14, plus a declaration of entitlement to future benefits and compensation.

EOD: _____

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the defendants, International Association of Machinists and Sherry Cooper, and default judgment is entered against defendant, Trans World Airlines, Inc., in the amount of $28,573.96 plus $3,365.18, for a total of $31,939.14, plus a declaration of entitlement to future benefits and compensation and the case is closed.

Dated at New Haven, Connecticut this 26th day of November, 2003.

                                          KEVIN F. ROWE, Clerk
                                          By

                                          Patricia A. Villano
                                          Deputy Clerk